IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                      |   | CIVIL ACTION NOS. |
|----------------------|---|-------------------|
| ABBOTT               | : | 02-3883           |
| MCDANIEL, et al.     | : | 02-3906           |
| MENDOZA              | : | 02-3955           |
| MEYER                | : | 02-3987           |
| KUEHL, et al.        | : | 02-4134           |
| QUITASOL, et al.     | : | 02-4209           |
| MONTANEZ, et al.     | : | 02-4254           |
| DIEBERT, et al.      | : | 02-4323           |
| VS.                  | : |                   |
| BAYER CORPORATION, *et al.* | : |            |

## O R D E R

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Charles R. Weiner, Judge**