IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK QUITASOL and<br>FAUSTINA QUITASOL       :<br>                                                :<br>        Plaintiffs,    :<br>                                                :<br>    v.                         :<br>BAYER CORPORATION;    :<br>BAYER AG;                  :<br>GLAXOSMITHKLINE, PLC;  :<br>GLAXOSMITHKLINE;       :<br>SMITHKLINE BEECHAM    :<br>        Defendants. | CIVIL ACTION NO. 02-CV-4209<br><br><br>ENTRY OF APPEARANCE |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____    _____

Hope S. Freiwald                           Aline Fairweather

_____    _____

Erin Brennan                                  Kirstin J. Miller

                                                     DECHERT PRICE & RHOADS
                                                     4000 Bell Atlantic Tower
                                                     1717 Arch Street
                                                     Philadelphia, PA  19103-2793
                                                     (215) 994-4000